# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONY JOE STEVENS**                                                        **PLAINTIFF**

**V.**                      **NO. 3:21-cv-255-DPM-ERE**

**CRAIGHEAD COUNTY JAIL,** *et al.*                              **DEFENDANTS**

## ORDER

**1.**    **Screening**

Plaintiff Tony Joe Stevens, formerly an inmate at the Craighead County Jail, filed this lawsuit *pro se* under 42 U.S.C. § 1983.[1] *Doc. 2*. In his complaint, Mr. Stevens alleges that: (1) Defendants West and Ballard used excessive force against him on November 18, 2021; and (2) Defendant West verbally harassed him on the same date. Mr. Stevens also names the Craighead County Jail as a party Defendant.

For screening purposes, Mr. Stevens has stated an excessive-force claim against Defendants West and Ballard. Accordingly, service of these claims is now proper. In a separate Recommendation, the Court will address: (1) Mr. Stevens' verbal harassment claim against Defendant West; and (2) his claims against the Craighead County Jail.

---

[1] Mr. Stevens is now incarcerated at the Greene County Detention Facility. *Doc. 1*.

2. **Motion to Preserve Video Footage**

Mr. Stevens has also moved for the Court to order Craighead County Jail officials to preserve any video of the incidents giving rise to this lawsuit. *Doc. 3*. Craighead County Jail officials should be aware of their obligation to preserve all relevant evidence. The Court reminds Defendants that, pursuant to Fed. R. Civ. P. 37(e), they have an affirmative obligation to "take reasonable steps" to preserve video footage and all other relevant electronically stored information that should be "preserved in the anticipation or conduct of litigation."

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants West and Ballard.

2. The United States Marshal is directed to serve these Defendants with a summons and a copy of the complaint (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Craighead County Jail, 901 Willett Road, Jonesboro, Arkansas 72401.

3. Mr. Stevens' motion to preserve video footage (*Doc. 3*) is GRANTED.

4. The Clerk of Court is directed to send a copy of this Order to the Warden of the Craighead County Jail reminding him or her of the duty to preserve all evidence that may be relevant to the issues in this lawsuit, including video footage of the November 18, 2021 incident involving Mr. Stevens.

DATED this 14th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE