# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONY JOE STEVENS**                                                                         **PLAINTIFF**

**V.**                               **NO. 3:21-cv-255-DPM-ERE**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                     **DEFENDANTS**

## ORDER

Summonses have been returned unexecuted for Defendants Ballard and West with the notation "full name required." *Docs. 7, 8*. Therefore, counsel for Craighead County, JaNan Arnold Thomas, Association of Arkansas Counties, is directed to provide the Court a list of all employees with the last names of Ballard or West who were employed by the County Jail on November 18, 2021.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed to provide a copy of this Order to: (1) Ms. Thomas, Association of Arkansas Counties, 1415 West Third, Little Rock, Arkansas 72201; and (2) the Warden of the Craighead County Jail, 901 Willett Road, Jonesboro, Arkansas 72401.

2. Counsel for Craighead County is directed to provide the Court a list of employees with the last name of Ballard or West who were employed by the County Jail on November 18, 2021 within fourteen (14) days.

DATED this 20th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE