IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS                                                              PLAINTIFF

v.                          No. 3:21-cv-255-DPM-ERE

CRAIGHEAD COUNTY JAIL, Detention
Center; ZACHARY WEST, C.O.,
Craighead County Jail; and MARK
BALLARD, Sergeant, O.I.C., Craighead
County Jail                                                                       DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 6*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Stevens's excessive force claims against Zachary West and Mark Ballard will proceed. *Doc. 5 at 1*. His verbal harassment claim against West and his claims against the Craighead County jail are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2022