# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TONY JOE STEVENS**                                                                 **PLAINTIFF**

V.                            NO. 3:21-cv-255-DPM-ERE

**CRAIGHEAD COUNTY JAIL**, *et al.*                                        **DEFENDANTS**

## ORDER

On February 8, 2022, mail sent to Plaintiff Tony Joe Stevens from the Court was returned as undeliverable. *Docs. 18*. Mr. Stevens has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 4*.

If Mr. Stevens wants to pursue the claims he raises in this lawsuit, he must notify the Court of his current address within 30 days. Failure to comply with this Order may result in the dismissal of this lawsuit.

IT IS SO ORDERED this 9th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE