# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TONY JOE STEVENS                                              PLAINTIFF

v.                     No. 3:21-cv-255-DPM

ZACHARY WEST, C.O., Craighead
County Jail; and MARK BALLARD,
Sergeant, O.I.C., Craighead County Jail           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Stevens hasn't notified the Court of his current address and the time to do so has passed. *Doc. 19*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022