IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS                                                    PLAINTIFF

v.                          No. 3:21-cv-255-DPM

CRAIGHEAD COUNTY JAIL, Detention
Center; ZACHARY WEST, C.O.,
Craighead County Jail; and MARK
BALLARD, Sergeant, O.I.C., Craighead
County Jail                                                         DEFENDANTS

## JUDGMENT

Stevens's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022