IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY JOE STEVENS     PLAINTIFF

v.     No. 3:21-cv-255-DPM

CRAIGHEAD COUNTY JAIL, Detention
Center; ZACHARY WEST, C.O.,
Craighead County Jail; and MARK
BALLARD, Sergeant, O.I.C., Craighead
County Jail     DEFENDANTS

## ORDER

Stevens's motion for a status update, *Doc. 36*, is granted. The Court dismissed this case because Stevens failed to update his mailing address. The Court directs the Clerk to update Stevens's address and mail him copies of *Doc. 19, 32 & 33* as well as the docket sheet. The Court further directs the Clerk to mail Stevens a § 1983 complaint form packet and a 28 U.S.C. § 2254 *habeas corpus* packet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2022